Michael C. Ormsby
United States Attorney
Earl A. Hicks
Eastern District of Washington
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 06 2013

SEAN F. McAVOY, CLERK
DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>RHONDA LEE FIRESTACK-HARVEY,<br>LARRY LESTER HARVEY,<br>MICHELLE LYNN GREGG,<br>ROLLAND MARK GREGG,<br>and<br>JASON LEE ZUCKER<br><br>Defendants. | **CR-13-24-FVS**<br>INDICTMENT<br><br>Vio: 21 U.S.C. § 846<br>Conspiracy to Manufacture and Distribute 100 or More Marijuana Plants (Count 1)<br><br>21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2<br>Manufacture of 100 or More Marijuana Plants, (Count 2)<br><br>21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2<br>Possession with Intent to Distribute Marijuana (Count 3)<br><br>21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2<br>Distribution of Marijuana (Count 4)<br><br>18 U.S. C. § 924(c)<br>Possession of a Firearm In Furtherance of a Drug Trafficking Crime (Count 5)<br><br>21 U.S.C. § 856(a)(1)<br>Maintaining Drug-Involved Premise (Count 6)<br><br>21 U.S.C. § 853<br>Notice of Criminal Forfeiture |

The Grand Jury Charges:

COUNT 1

That beginning on a date unknown, but by on or about June 1, 2011, until on or about August 16, 2012, in the Eastern District of Washington, and elsewhere, the Defendants, RHONDA LEE FIRESTACK-HARVEY, LARRY LESTER HARVEY, MICHELLE LYNN GREGG, ROLLAND MARK GREGG, and JASON LEE ZUCKER, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: Manufacture of 100 or More Marijuana Plants, in violation of 21 U.S.C. § 841(a)(1); all in violation of 21 U.S.C. § 846.

COUNT 2

Beginning on a date unknown, but by on or about June 1, 2011, until on or about ~~February~~ August 16, 2012, in the Eastern District of Washington, the Defendants, RHONDA LEE FIRESTACK-HARVEY, LARRY LESTER HARVEY, MICHELLE LYNN GREGG, ROLLAND MARK GREGG, and JASON LEE ZUCKER, knowingly and intentionally Manufactured 100 or more Marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2.

COUNT 3

On or about August ~~6~~ 9, 2012, in the Eastern District of Washington, the Defendants, RHONDA LEE FIRESTACK-HARVEY, LARRY LESTER HARVEY, MICHELLE LYNN GREGG, ROLLAND MARK GREGG, and JASON LEE ZUCKER, knowingly and intentionally possessed with the intent to distribute 50 or more Marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2.

COUNT 4

On or about and between October 23, 2011 and November 18, 2011, in the Eastern District of Washington, the Defendants, RHONDA LEE FIRESTACK-HARVEY, LARRY LESTER HARVEY, MICHELLE LYNN GREGG, ROLLAND MARK GREGG, and JASON LEE ZUCKER, knowingly and intentionally distributed Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2.

COUNT 5

That beginning on a date unknown, but by on or about July 1, 2012, until on or about August ~~6~~ 16, 2012, in the Eastern District of Washington, the Defendants, RHONDA LEE FIRESTACK-HARVEY, LARRY LESTER HARVEY, MICHELLE LYNN GREGG, ROLLAND MARK GREGG, and JASON LEE ZUCKER did knowingly and willfully possess firearms, specifically, a Remington 870 Express Magnum 12 guage shotgun with serial number C645218M and a Ruger LC 9 9mm pistol serial number 32076596, in furtherance of a drug trafficking crime, to wit: Conspiracy to Manufacture 100 or More Marijuana Plants, in violation of 21 U.S.C. § § 841(a)(1) and 846; Manufacture of 100 or more Marijuana plants in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2; Possession with the intent to distribute 50 or More Marijuana plants in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2; and Distribution of Marijuana in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2; all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 6

Beginning on a date unknown, but by on or about at least June 1, 2011, until on or about August 16, 2012, in the Eastern District of Washington, the Defendants, RHONDA LEE FIRESTACK-HARVEY and LARRY LESTER

HARVEY, knowingly and intentionally maintained a place at, 939 Clugston-Onion Creek Rd. Colville, Washington, for the purpose of manufacturing, distributing, and using Marijuana, a Schedule I controlled substance, in violation of in violation of 21 U.S.C. § 856(a)(1), and 18 U.S.C. § 2.

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

The allegations contained in Counts 1, 2, 3, & 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of Conspiracy to Manufacture 100 or More Marijuana Plants, in violation of 21 U.S.C. §§ 846 & 841(a)(1) (Count 1); Manufacture of 100 or More Marijuana Plants, in violation of 21 U.S.C. § 841(a)(1) (Count 2): Possession with Intent to Distribute 50 or More Marijuana Plants, in violation of 21 U.S.C. § 841(a)(1) (Count 3) and Distribution of Marijuana, in violation of 21 U.S.C. § 841(a)(1) (Count 4); the Defendants, RHONDA LEE FIRESTACK-HARVEY, LARRY LESTER HARVEY, MICHELLE LYNN GREGG, ROLLAND MARK GREGG, and JASON LEE ZUCKER, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided

without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 6th day of February, 2013.

A TRUE BILL

Michael C. Ormsby
United States Attorney

Earl A. Hicks
Assistant United States Attorney