MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY LESTER HARVEY,<br><br>Defendant. | Case No.: 13-CR-00024-TOR-2<br><br>Motion For Order Of Dismissal With Prejudice<br><br>Date: March 20, 2015 @ 6:30 pm<br><br>Without Oral Argument |
|---|---|

Plaintiff, United States of America, by and through MICHAEL C. ORMSBY, United States Attorney for the Eastern District of Washington, and Earl A. Hicks, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion For Order Of Dismissal With Prejudice.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Eastern District

of Washington hereby dismisses the SUPERSEDING INDICTMENT against Defendant, LARRY LESTER HARVEY, with prejudice.  This motion is based upon the serious illness of Mr. Harvey.  *See* Attachment A which will be filed under seal.

Dated:  February 18, 2015.

MICHAEL C. ORMSBY
United States Attorney

*s/ Earl A. Hicks*
Earl A. Hicks
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Fischer
Federal Defenders of Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, WA  99208

*s/ Earl A. Hicks*
Earl A. Hicks
Assistant United States Attorney